UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL P. ASENSIO, individually and as the parent of E.A., a minor child,

Plaintiff,

-v. -

HON. JOHN G. ROBERTS, JR., Chief Justice of the United States and Presiding Justice of the Judicial Conference of the United States; HON. ROBERT A. KATZMANN ("JUDGES KATZMANN"), Chief Judge of the United States Court of Appeals for the Second Circuit; HON. RONNIE ABRAMS, a justice of the US District Court for the Southern District of New York,

Defendants.

19 Civ. 3384 (KPF)

**CIVIL JUDGMENT**

---

Pursuant to the Court's Order of April 26, 2019, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims that he asserts on behalf of his minor daughter, E.A, without prejudice. The Court dismisses the remaining federal claims as barred by immunity or frivolous. The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.  *See Coppedge* v. *United States*, 369 U.S.  438, 444-45 (1962).

Dated:   April 26, 2019
         New York, New York

_Katherine Polk Failla_

KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Manuel P. Asensio
641 Lexington Avenue
Suite 1533
New York, NY 10022